**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, Nevada 89146
Tel: 702.410.7500
Fax: 702.410.7520

Attorneys for Citizens Bank, N.A.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN R. KIENER,<br><br>PLAINTIFF,<br><br>V.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BAYVIEW LOAN SERVICING, LLC; CITIZENS ONE HOME LOANS; EQUIFAX INFORMATION SOLUTIONS, LLC; EXPERIAN INFORMANTION, SOLUTIONS, INC.<br><br>DEFENDANTS. | Case No.: 2:16-cv-01599-APG-VCF<br><br>**CITIZENS ONE HOME LOANS' CERTIFICATE OF INTERESTED PARTIES** |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with Federal Rule of Civil Procedure 7-1, Citizen One Home Loans, a brand name of Citizens Bank, N.A. ("Citizens") certifies that the following listed parties may have a pecuniary interest in the outcome of this litigation with respect to the claims asserted against Citizens. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. The nongovernmental corporate party, Citizens Bank, N.A., has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: Citizens Financial Group, Inc.
2. Norman R. Kiener, an individual.

DATED:  October 3, 2016              FERNALD LAW GROUP LLP


By:  */s Brandon C. Fernald*
BRANDON C. FERNALD
Nevada Bar No.10582

Attorneys for Citizens Bank, N.A.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 3, 2016, the foregoing CITIZENS ONE HOME LOANS' CERTIFICATE OF INTERESTED PARTIES was served via CM/ECF to all parties appearing in this case.

**FERNALD LAW GROUP, LLP**

By: /s/ Max Master
Employee of Fernald Law Group LLP
6236 Laredo Street
Las Vegas, Nevada 89146