1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, Maria E. Kiener*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Maria E. Kiener,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BAYVIEW FINANCIAL LOAN SERVICING, LLC; CITIZENS ONE HOME LOANS, EQUIFAX INFORMATION SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. 2:16-cv-01599-APG-VCF<br>consol with 2:16-cv-01616-JCM-PAL<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, INC. ONLY** |

　　Plaintiff Maria E. Kiener and EQUIFAX INFORMATION SERVICES, INC. ("Equifax") hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Equifax**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     November 2, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Bradley T. Austin, Esq.
Bradley T. Austin, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant Equifax Information Services, Inc.*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: November 2, 2016