David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Norman R. Kiener*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Norman R. Kiener,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BAYVIEW LOAN SERVICING, LLC; CITIZENS ONE HOME LOANS; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01599-APG-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, N.A. ONLY** |

　　　Plaintiff Norman R. Kiener and Bank of America, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, N.A.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: November 3, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Darren T. Brenner, Esq. |
| David H. Krieger, Esq. | Darren T. Brenner, Esq. |
| Nevada Bar No. 9086 | Akerman LLP |
| HAINES & KRIEGER, LLC | 1160 Town Center Drive |
| 8985 S. Eastern Avenue | Suite 330 |
| Suite 350 | Las Vegas, NV 89144 |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | /s/ Vatana Lay, Esq. |
| | Vatana Lay, Esq. |
| | Akerman LLP |
| | 1160 Town Center Drive, |
| | Suite 330 |
| | Las Vegas, NV 89144 |
| | *Attorneys for Defendant Bank of America, N.A.* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: November 3, 2016