David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Maria E. Kiener*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Maria E. Kiener, | Case No. 2:16-cv-01599-APG-VCF consol with 2:16-cv-01616-JCM-PAL |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA, NATIONAL ASSOCIATION; BAYVIEW FINANCIAL LOAN SERVICING, LLC; CITIZENS ONE HOME LOANS; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>BANK OF AMERICA, NATIONAL ASSOCIATION ONLY</u>** |
| Defendants. | |

Plaintiff Maria E. Kiener and BANK OF AMERICA, NATIONAL ASSOCIATION ("BANA") hereby stipulate and agree that the above-entitled

…

…

…

…

…

action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, BANA**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: December 27, 2016

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Natalie Winslow, Esq.<br>Natalie Winslow, Esq.<br>Akerman LLP<br>1160 Town Center Drive<br>Suite 330<br>Las Vegas, NV 89101<br>*Attorney for Defendant BANK OF AMERICA, NATIONAL ASSOCIATION* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: January 3, 2017