David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiffs,*
*Maria E. Kiener and Norman R. Kiener*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Maria E. Kiener and Norman R. Kiener,<br><br>  Plaintiffs,<br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BAYVIEW FINANCIAL LOAN SERVICING, LLC; CITIZENS ONE HOME LOANS, EQUIFAX INFORMATION SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Case No. 2:16-cv-01599-APG-VCF<br>consol with 2:16-cv-01616-JCM-PAL<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BAYVIEW LOAN SERVICING, LLC ONLY** |

Plaintiffs Maria E. Kiener and Norman R. Kiener and BAYVIEW LOAN SERVICING, LLC hereby stipulate and agree that the above-entitled action shall

…

…

…

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, BAYVIEW LOAN SERVICING, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:  January 3, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiffs Maria E. Kiener and Norman R. Kiener*

By:

/s/ Natalie Winslow, Esq.
Natalie Winslow, Esq.
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89101
*Attorney for Defendant BAYVIEW LOAN SERVICING, LLC*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 4, 2017