David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, NORMAN R. KIENER*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NORMAN R. KIENER,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BAYVIEW LOAN SERVICING, LLC; CITIZENS ONE HOME LOANS; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>    Defendants. | **Case No. 2:16-cv-01599-APG-VCF<br>consol with 2:16-cv-01616-JCM-PAL**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC ONLY** |

Plaintiff NORMAN R. KIENER and EXPERIAN INFORMATION SOLUTIONS, INC hereby stipulate and agree that the above-entitled action shall

…

…

…

…

…

Page **1** of **2**

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC**. Each party shall bear its own attorney's fees and costs of suit.

Dated:   March 15, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Jennifer L. Braster, Esq. |
| David H. Krieger, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 9086 | Maupin Naylor Braster |
| HAINES & KRIEGER, LLC | 1050 Indigo Drive |
| 8985 S. Eastern Avenue | Suite 200 |
| Suite 350 | Las Vegas, NV 89145 |
| Henderson, Nevada 89123 | *Attorney for Defendant EXPERIAN INFORMATION SOLUTIONS, INC* |
| *Attorney for Plaintiff* | |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:  March 15, 2017
_____