UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIA E. KIENER AND NORMAN R. KIENER,<br><br>              Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, *et al.*,<br><br>              Defendants. | Case No. 2:16-cv-01599-APG-PAL<br><br>**ORDER FOR STATUS REPORT** |

       On December 14, 2016, the plaintiffs and defendant Citizens One Home Loans informed the court that they had reached a settlement and anticipated filing a stipulation of dismissal within sixty days. ECF No. 34.  No stipulation has been filed.

       IT IS THEREFORE ORDERED that on or before April 14, 2017, the parties shall file stipulations of dismissal or a joint status report.

       DATED this 3rd day of April, 2017.

                                                               ANDREW P. GORDON<br>                                                        UNITED STATES DISTRICT JUDGE