David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiffs, Maria E. Kiener and Norman R. Kiener*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

Maria E. Kiener and
Norman R. Kiener,

    Plaintiffs,

v.

BANK OF AMERICA, NATIONAL
ASSOCIATION; BAYVIEW LOAN
SERVICING, LLC; CITIZENS ONE
HOME LOANS; EQUIFAX
INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION
SOLUTIONS, INC,

    Defendants.

) **Case No. 2:16-cv-01599-APG-PAL**
) **consol with 2:16-cv-01616-JCM-PAL**
)
)
)
)
)
) **STIPULATION AND ORDER**
) **DISMISSING ACTION WITH**
) **PREJUDICE AS TO CITIZENS**
) **ONE HOME LOANS**
)
)
)
)
)
)
)
)

   Plaintiffs Maria E. Kiener and Norman R. Kiener and CITIZENS ONE

HOME LOANS hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to **CITIZENS ONE HOME LOANS**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

        Dated:         April 6, 2017

| | |
|---|---|
| By:<br><u>/s/David H. Krieger, Esq.</u><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiffs* | By:<br><u>/s/ Brandon C. Fernald, Esq.</u><br>Brandon C. Fernald, Esq.<br>Fernald Law Group, LLP<br>6236 Laredo Street<br>Las Vegas, NV 89102<br>*Attorney for Defendant  CITIZENS ONE HOME LOANS* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: \_\_\_April 12, 2017_____